1  LAWRENCE D. ROHLFING: 119435
   ATTORNEY AT LAW
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 E. IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670
   TEL: (562) 868-5886
4  FAX: (562) 868-5491
   E-MAIL: rohlfing_office@speakeasy.net

5  Attorneys for Plaintiff

**FILED**

NOV 20 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVAUGHAN PETERSON by and through his guardian ad litem NICOLE PETERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:08-AT-683.<br><br>ORDER |

The court having considered the petition of TRAYVAUGHAN PETERSON for the appointment of NICOLE PETERSON as guardian ad litem for TRAYVAUGHAN PETERSON who is a minor and good cause appearing therefore.

**IT IS HEREBY ORDERED** that NICOLE PETERSON be, and she is, hereby appointed as guardian ad litem for TRAYVAUGHAN PETERSON, a plaintiff in

///

-4-

1  ///
2  ///
3  the above-entitled action, and she is authorized to institute and prosecute the action
4  mentioned in the petition.

DATE: Nov. 19, 2008

UNITED STATES MAGISTRATE JUDGE
SM SNYDER